THE CITY OF NEW YORK, Appellant; GUSTAVUS F. SWIFT et al., Respondents.

*Matter of Comr. Public Works, City of New York (Harlem River Bridge)* 135 App. Div. 561, affirmed.
(Argued June 1, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1910, which affirmed so much of an order of Special Term as confirms the report of commissioners of estimate in the above-entitled proceeding.

*Archibald R. Watson, Corporation Counsel (Clarence L. Barber, Theodore Connoly* and *W. B. R. Faber* of counsel), for appellant.

*James A. Deering* for respondents.

Order affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.  Absent: CULLEN, Ch. J.

---

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening and Extending of Joseph Rodman Drake Park.

GEORGE F. JOHNSON, Appellant.

*Matter of City of New York (Drake Park)*, 134 App. Div. 965, affirmed.
(Argued June 1, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

November 22, 1909, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Herman C. Storck* for appellant.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly, Joel J. Squier* and *James Regan Fitz Gerald* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.